IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        4:02CR3065
                               )
      v.                       )
                               )
KARMEN CAHALANE,               )           ORDER
                               )
            Defendant.         )
_____)
```

IT IS ORDERED:

1) Plaintiff's motion for hearing (Filing No. 38) is granted.  A hearing on plaintiff's Rule 35 motion (Filing No. 36) is scheduled for:

**Monday, October 17, 2005, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Defendant need not be present.

2) Counsel for the defendant is reappointed under the Criminal Justice Act to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 20th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
     LYLE E. STROM, Senior Judge
     United States District Court