IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:02CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| KARMEN CAHALANE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for reduction of sentence pursuant to Rule 35(b) (Filing No. 36). The Court heard arguments of plaintiff and defendant and finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion for reduction of sentence pursuant to Rule 35(b) is granted. Defendant is resentenced to incarceration for a period of time served, with credit for all time she has served on her original sentence. All other terms and conditions of the judgment in a criminal case (Filing No. 24) remain in full force and effect.

DATED this 18th day of October, 2005.

BY THE COURT

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Judge